IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Calvin Harris, | ) | |
| | ) | C.A. No. 2:11-2209- TMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **VERDICT FORM** |
| | ) | |
| Lt. Dock Copeland and | ) | |
| Officer Cathleen Laury, | ) | |
| | ) | |
| Defendants. | ) | |

YOU ARE TO COMPLETE THIS FORM IN NUMERICAL ORDER UNLESS THE INSTRUCTIONS DIRECT YOU TO DO OTHERWISE.

1. On Plaintiff's claim of excessive force, we, the jury, unanimously find the following:

　　\_\_\_\_   We find in favor of the Plaintiff.

　　__X__   We find in favor of the Defendant Lt. Dock Copeland.

IF YOU FOUND IN FAVOR OF THE PLAINTIFF ON THIS CLAIM, PROCEED TO THE NEXT QUESTION. IF YOU FOUND IN FAVOR OF THE DEFENDANT, SKIP THE REMAINING QUESTIONS, AND THE FOREPERSON SHOULD SIGN AND DATE THIS VERDICT FORM.

2. On Plaintiff's failure to protect claim, we, the jury unanimously find the following:

　　\_\_\_\_   We find in favor of the Plaintiff.

　　\_\_\_\_   We find in favor of the Defendant Officer Cathleen Laury.

IF YOU FOUND IN FAVOR OF THE DEFENDANT LAURY, SKIP QUESTIONS #4 and #6, AND PROCEED TO QUESTION #3.

1

3. We, the jury, unanimously find for the Plaintiff Calvin Harris actual or nominal damages in the sum of _____ ($ _____ ) against the Defendant Lt. Dock Copeland.

4. We, the jury, unanimously find for the Plaintiff Calvin Harris actual or nominal damages in the sum of _____ ($ _____ ) against the Defendant Officer Cathleen Laury.

IF YOU AWARDED ACTUAL OR NOMINAL DAMAGES TO THE PLAINTIFF, PROCEED TO THE NEXT QUESTION. IF YOU AWARDED NO ACTUAL OR NOMINAL DAMAGES, SKIP THE REMAINING QUESTIONS, AND THE FOREPERSON SHOULD SIGN AND DATE THIS VERDICT FORM.

5. We, the jury, unanimously find for the Plaintiff Calvin Harris punitive damages in the sum of _____ ($ _____ ) against the Defendant Lt. Dock Copeland.

6. We, the jury, unanimously find for the Plaintiff Calvin Harris punitive damages in the sum of _____ ($ _____ ) against the Defendant Officer Cathleen Laury.

      The answers given on this form are the unanimous determination of the jury.

                                          Foreperson

Columbia, South Carolina
August 28, 2014

2